UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CORINNE LEACH, M.D., PH.D.,

                 Plaintiff,                  Civil Action No.:  1:20-cv-001836

      v.

UNIVERSITY AT BUFFALO PEDIATRIC
ASSOCIATES, INC., d/b/a UBMD PEDIATRICS,
KALEIDA HEALTH, ANNE MARIE REYNOLDS, M.D.,
And STEPHEN LIPSHULTZ, M.D.,

                 Defendants.

---

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this

case as counsel for plaintiff.


Dated:      Buffalo, New York
            January 17, 2023

Danielle K. Crowley, Bar No. 4012373
The Coppola Firm
4033 Maple Road, Suite 100
Buffalo, New York  14226
E:  dcrowley@coppolalegal.com
T:  (716) 839-9700
F:  (716) 408-9220